**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

**FILED**

## CORRECTED JUDGMENT

2004 JUL -6 P 12: 10

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 16th day of January, two thousand and four.

Before:    Hon. Wilfred Feinberg,
           Hon. Richard C. Wesley,
                   *Circuit Judges*
           Hon. William H. Pauley,
                   *District Judge*\*

Docket No. 03-6143

---

JOSEPH CHAYOON,

    *Plaintiff-Appellant,*

v.

ELAINE L. CHAO, United States Secretary of Labor,

    *Movant-Appellee,*

KENNETH M. REELS, RICHARD A. HAYWARD, PEDRO JOHNSON, FATIMA DAMES, CHARLENE JONES, JOHN E. PERRY, WILLIAM J. SHERLOCK, JAMES A. RIGOT, RICH TESLER, LINDA SMITH, MIKE RICH, BRUCE KIRSHNER, NAFEEZAR SHABAZZ, JOANN FRANK, FAY E. CARLSON, DOTTIE KILLY, FOXWOODS MGMT TEAM, MICHAEL THOMAS,

    *Defendants-Appellees,*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

    A TRUE COPY
Roseann B. MacKechnie, CLERK

by _Steglic L_
    DEPUTY CLERK

JAN 16 2004

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Senior Motion Attorney

---

\* The Honorable William H. Pauley III, of the United States District Court for the Southern District of New York, sitting by designation.

Issued as mandate 6·8·04